IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALERIE DANNER, | ) | Case No. 8:10cv145 |
|        Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| BEST BUY CO., INC., | ) ) | |
|        Defendant. | ) | |

Upon the agreement reached during a settlement conference,

**IT IS ORDERED:**

1. On or before **December 27, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 16th day of December 2010.

                                                BY THE COURT:

                                                s/ F.A. Gossett, III
                                                United States Magistrate Judge