# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VALERIE DANNER,** | ) | **CASE NO. 8:10CV145** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER &** |
| | ) | **FINAL JUDGMENT** |
| **BEST BUY CO. INC., a Minnesota Corporation; and BEST BUY STORES, LP, a Vermont Limited Partnership;** | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Joint Motion and Stipulation for Dismissal (Filing No. 53). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Motion and Stipulation for Dismissal (Filing No. 53) is granted;

2. This case is dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 28th day of December, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge